**Order entered January 27, 2023**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00173-CR

**ASHLEY COSLETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80156-2018**

### ORDER

The State's motion for extension of time to file its brief is **GRANTED**, and

we **ORDER** the brief received with the motion filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE